UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
tneumann@bnfsbankruptcy.com
(732) 223-8484

*Attorneys the Debtor/Debtor-in-Possession
Bay Three Limited, Inc.*

| In Re: | Case No.: 12-15866 |
|---|---|
| **BAY THREE LIMITED, INC.,** | Chapter 11 |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 FOR AN ORDER APPROVING BIDDING PROCEDURES AND APPROVING THE SALE OF LIQUOR LICENSE FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

TO:   ALL PARTIES ON THE ANNEXED SERVICE LIST

**PLEASE TAKE NOTICE,** that on Monday, March 18, 2013 at 10 o'clock in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for the debtor will move before the Honorable Michael B. Kaplan, U. S. Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 8, 402 East State Street, Trenton, New Jersey 08608 for an order approving bidding procedures and thereafter approving the sale of the Debtor's liquor license to Ichabon of Toms River, LLC, or to such other person who makes a higher and better offer. IN the event of competing offers, the License will be sold to the highest bidder at an auction to be held in court at the time and place aforesaid.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the Verified Application certification in support of said Motion.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 9013-1(f) of the Rules of Procedure governing the practice before the United States Bankruptcy Court for the District of New Jersey, the Debtor requests oral argument of this motion.

**PLEASE TAKE FURTHER NOTICE** that in the event that no objection of other responsive pleading is file to this Motion, the Motion shall be deemed uncontested on the return date and the relief sought herein may be granted in the Court's discretion.

A proposed form of Order also accompanies this Motion.

> Broege, Neumann, Fischer & Shaver, LLC
> *Attorneys the Debtor/Debtor-in-Possession*
> *Bay Three Limited, Inc.*
>
>
> By: _ /s/ Timothy P. Neumann_____
>        TIMOTHY P. NEUMANN

Dated:  March 25, 2018

## SERVICE LIST

**Via email:**

Jersey Central Power & Light Company
c/o Ira Deiches via email to: ideiches@deicheslaw.com

Boston Pizza Restaurants, LP
c/o Daniel M. Eliades via email to: deliades@formanlaw.com

Mitchell Hausman on behalf of U.S. Trustee United States Trustee
Mitchell.B.Hausman@usdoj.gov

Jerrold S. Kulback on behalf of Interested Party Anthony Baiamonte III
jkulback@archerlaw.com, mfriedman@archerlaw.com

Steven J. Mitnick on behalf of Creditor Plainfield Fruit and Produce Co Inc
smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Timothy P. Neumann on behalf of Debtor Bay Three Limited, Inc
timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@gmail.com

Michael F.J. Romano on behalf of Creditor First Franchise Capital Corporation
mromano46@comcast.net, tyowell@romanogarubo.com

Benjamin Teich on behalf of U.S. Trustee United States Trustee
Benjamin.Teich@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

**Via U.S. Mail, First Class, Postage Prepaid:**

Allied Beverage Group LLC
788 Sloan Ave.
Hamilton Township, NJ 08619

Allied Beverage Group LLC
2900 E State Street
Trenton, NJ 08619

Allied Beverage Group, LLC
600 Washington Ave.
Carlstadt, NJ 07072

American B D Opici Wine Company
447 Oakshade Road
Shamong, NJ 08088

Ritchie & Page Distributing Company
175 New Canton Way
 Robbinsville, NJ 08691

Credit Compliance Corporation
941 White Horse Ave., Suite 17
Trenton, NJ 08610

Division of Alcoholic Beverage Control
140 East Front Street - 5th Floor
P.O. Box 087
Trenton, NJ 08625

Office of the Attorney General of New Jersey
Richard J. Hughes Justice Complex
PO Box 106
Trenton, NJ 08625 – 0106

State of New Jersey
Division of Taxation
PO BOX 245
Trenton, NJ 08695-245

State of New Jersey
Division of employer Accounts
PO BOX 379
Trenton, NJ 08625-0379

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

First Franchise Capital
One Maynard Drive,
Suite 2104
Park Ridge, NJ 07656-1878

Romano & Garrubo
118 Washington Street
Morristown, NJ 07960

4

Boston's Pizza Restaurants L.P.
1501 LBJ Expressway Ste 450
Dallas, TX 75234-6076

H Robert Guild Associates Inc.
2201 Monmouth Blvd
Wall Township, NJ 07719-4249

Robert Ott, Inc
1605 Bass Point Drive
Manasquan, NJ 08736-2103

JCP&L
PO Box 3687
Akron, OH 44309-3687

Greenberg & Schulman
90 Woodbridge Center Drive,
Suite 610
Woodbridge, NJ 07095

AB And LA Easement Holding
54 Liberty Drive
Southampton, PA 18966

Point Pleasant Distributors
PO Box 2088
Caldwell, NJ 07007-2088

Jersey National/Capitol Wine & Liquor  Co
Raff & Masone P.A.
1081 Avenue C
Bayonne, NJ 07002-3345

Plainfield & Fruit
832 Executive Avenue
Edison, NJ 08817

Affordable Pumping Services
37 Locker St
Bayville, NJ 08721-1244

The Towel Guy
PO Box 1710
Toms River, NJ 08754

NJNG
1415 Wyckoff Road
Belmar, NJ 07715-0001

Fedway National Accounts
PO Box 519
Kearny, NJ 07032-0519

The Wasserstrom Company
477 S Front St
Columbus, OH 43215-5625

Wise Wayne Corp
5140 Paysphere Circle
Chicago, IL 60674-0001


NUC02
PO Box 9011
Stuart, FL 34995-9011

Crown Beer Distributors
PO Box 2000
Allenwood, NJ 08720-2000

Direct TV
PO Box 60036
Los Angeles, CA 90060-0036

Shore Point Distributing Inc
PO Box 275
Adelphia, NJ 07710-0275

U.S. Attorney General
970 Broad Street
Newark, NK 07102-2434